# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**JONAH JONES**                                                              **PLAINTIFF**
**ADC #89583**


**v.**                          **No. 2:10-cv-124-DPM-HDY**


**RAY HOBBS, Deputy Director; LARRY
MAY, Assistant Deputy Director; GREG
HARMON, Warden, Wrightsville Unit;
STEVE OUTLAW, Warden, Tucker Maximum
Security Unit; DANNY BURL, Warden,
East Arkansas Regional Unit; PAULETTA
GREEN, Classification Officer, East Arkansas
Regional Unit; and MS. WESTBROOK,
Classification Officer, East Arkansas Regional Unit**          **DEFENDANTS**


## ORDER

Jones has not objected to the Proposed Findings and Recommendations

submitted by United States Magistrate Judge H. David Young.  Reviewing for

clear factual error and for legal error, the Court adopts the Recommendation,

*Document No. 56*, as its own.  Motion, *Document No. 45*, granted.  Jones's

complaint is dismissed without prejudice.  An *in forma pauperis* appeal taken

from this Order and the accompanying Judgment would not be in good faith.

So Ordered.

D.P. Marshall Jr.
United States District Judge

 2 December 2011