IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONAH JONES                                                                      PLAINTIFF
ADC #89583

v.                              No. 2:10-cv-124-DPM-HDY

RAY HOBBS, Deputy Director; LARRY
MAY, Assistant Deputy Director; GREG
HARMON, Warden, Wrightsville Unit;
STEVE OUTLAW, Warden, Tucker Maximum
Security Unit; DANNY BURL, Warden,
East Arkansas Regional Unit; PAULETTA
GREEN, Classification Officer, East Arkansas
Regional Unit; and MS. WESTBROOK,
Classification Officer, East Arkansas Regional Unit        DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 December 2011